# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

BRENDA GLERUM,                                              CASE NO. 22-CV-00979

    Plaintiff,                                        HON. JANE M. BECKERING

v.

MERCY HEALTH PARTNERS D/B/A
MERCY HEALTH PHYSICIAN PARTNERS,
and SABLE POINT FAMILY CARE,

    Defendant.

---

| | |
|---|---|
| Noah S. Hurwitz  (P74063) | Michael A. Chichester, Jr.  (P70823) |
| HURWITZ LAW PLLC | LITTLER MENDELSON, P.C. |
| 617 Detroit Street, Suite 125 | 200 Renaissance Center, Suite 3110 |
| Ann Arbor, MI 48103 | Detroit, Michigan 48243 |
| (844) 487-9489 | (313) 446-6400 |
| noah@hurwitzlaw.com | mchichester@littler.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, having stipulated to the entry of an Order dismissing this case with prejudice and without costs or fees, and the Court being otherwise fully-advised in the premises;

IT IS HEREBY ORDERED that this matter is Dismissed with Prejudice and without fees or costs as to any Party.

SO ORDERED.

Dated:   July 24, 2023                                        /s/ Jane M. Beckering
                                                              JANE M. BECKERING
                                                              United States District Judge

SO STIPULATED:

| | |
|---|---|
| */s/ Noah S. Hurwitz (w/consent)* | */s/ Michael A. Chichester, Jr.* |
| Noah S. Hurwitz  (P74063) | Michael A. Chichester, Jr.  (P70823) |
| HURWITZ LAW PLLC | LITTLER MENDELSON, P.C. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated:  July 21, 2023 | Dated:  July 21, 2022 |